DANIEL E. CURRIDEN, ESQ.
Nevada Bar No. 3502
CURRIDEN, ARNESON & ANDERTON
7201 W. Lake Mead, Suite 580
Las Vegas, Nevada 89128
(702) 870-7188
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KEVIN OWENS,

    Plaintiff,

vs.

CSAA GENERAL INSURANCE COMPANY, formerly AAA NEVADA INSURNACE COMPANY; DOES I-X, and ROE CORPORATIONS I-X, inclusive,

    Defendants.

Case No. 2:15-cv-00241

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATE OF TRIAL: NONE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their own fees and costs.

DATED this 23rd day of May, 2015.

CURRIDEN, ARNESON & ANDERTON

By_____
DANIEL E. CURRIDEN, ESQ.
7201 W Lake Mead, #580
Las Vegas, Nevada 89128
Attorneys for Defendant

STOVALL & ASSOCIATES

#5333
By_____
LESLIE MARK STOVALL, ESQ.
2301 Palomino Lane
Las Vegas, Nevada 89107
Attorney for Plaintiff

1

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed with prejudice, each party to bear their own fees and costs.

Dated: June 23, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
CURRIDEN, ARNESON & ANDERTON

By_____
DANIEL E. CURRIDEN, ESQ.
7201 W Lake Mead, Suite 580
Las Vegas, Nevada 89128
Attorneys for Defendant